# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL WAYNE MARSHANKE,
Appellant,

vs.

PATRICIA JANE MARSHANKE,
Respondent.

No. 67769

**FILED**

JAN 19 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b). The parties shall bear their own costs and attorney fees.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Cheryl B. Moss, District Judge, Family Court Division
Larry J. Cohen, Settlement Judge
Law Offices of Gary Huntsman & Assoc.
Shawanna L. Johnson
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-01678